# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Azamat Mamatbekov, | No. CV-26-01510-PHX-MTL (JFM) |
| Petitioner, | **ORDER** |
| v. | |
| John E Cantu, et al., | |
| Respondents. | |

Petitioner filed this action challenging the basis for his present immigration detention, arguing his parole termination was unlawful, and challenging his detention without a bond hearing. (Doc. 1.) The Court directed Respondents to respond to the Petition. (Doc. 4.) Respondents' response stated "[u]nder the facts and circumstances of this case, Respondents do not oppose Petitioner's release from custody at this time." (Doc. 7.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition to the extent he will be released from custody. The remainder of the petition will be denied as moot.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** to the extent he will be released from custody.  The remainder of the petition is denied as moot.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

. . . .

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two business days of Petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 20th day of March, 2026.

Michael T. Liburdi
United States District Judge